UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIS L. JONES,

    Petitioner,

v.                                          Case No. 3:12cv536/LC/CJK

SECRETARY DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 11, 2014. (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's Report and Recommendation (doc. 26) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Demertis Lakese Jones*, Escambia County, Florida, Circuit Court Case Numbers 09-CF-2136 and 09-CF-2672, is DENIED.

3. The clerk shall close the file.

4. A certificate of appealability is DENIED.

**ORDERED** on this 12th day of January, 2015.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**